In re the Matter of Sierra GRIMM, a minor child, by her Next Friend, Jeremy Douglas GRIMM, and Jeremy Douglas Grimm, Individually, Respondent,

v.

Teresa Ann SMITH (now Gooch), Appellant.

No. WD 61103.

Missouri Court of Appeals, Western District.

June 10, 2003.

Larry V. Swall, II, Kansas City, for Appellant.

Robert C. Paden, Jr., Independence, for Respondent.

Before HOWARD, P.J.,
LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Respondent sought petition for declaration of paternity against child's mother. He also petitioned for custody. After stipulation, respondent was awarded joint legal custody with appellant. He was awarded primary physical custody. Mother was denied retroactive support. Affirmed. Rule 84.16(b).